# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Emily Ann Steigerwald　　　　　　　　　　　　　　CHAPTER 13
　　　　　　　Debtor(s)

BKY. NO. 26-10032 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　/s/ *Matthew Fissel*
　　　　　　　　　　Matthew Fissel
　　　　　　　　　　28 Jan 2026, 15:09:25, EST

　　　　　　　　　　Denise Carlon, Esq. (317226)　☐
　　　　　　　　　　Matthew Fissel, Esq. (314567)　☑
　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　412-430-3594
　　　　　　　　　　bkgroup@kmllawgroup.com